ORIGINAL


FILED-USDC-NDTX-DA
'26 APR 23 AM9:48

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

UNITED STATES OF AMERICA

v.

NADINA DIGGS PLATENBURG

3-26CR-202-K

## FACTUAL RESUME

In support of Nadina Diggs Platenburg's plea of guilty to the offense in Count One of the Information, Platenburg, the defendant, Njeri London, the defendant's attorney, and the United States of America (the government) stipulate and agree to the following:

## ELEMENTS OF THE OFFENSE

To prove the offense alleged in Count One of the Information, charging a violation of 18 U.S.C. § 371(18 U.S.C. § 1343), that is, Conspiracy to Commit Wire Fraud, the government must prove each of the following elements beyond a reasonable doubt:[1]

*First.*    That the defendant and at least one other person agreed to commit the crime of wire fraud, as charged in the Information;

*Second.*    That the defendant knew the unlawful purpose of the agreement and joined in it willfully, that is, with the intent to further the unlawful purpose; and

*Third.*    That at least one of the conspirators during the existence of the conspiracy knowingly committed at least one of the overt acts described in the Information, in order to accomplish some object or purpose of the conspiracy.

---

[1] Fifth Circuit Pattern Jury Instruction 2.15A, 2.57 (5th Cir. 2024).

**Factual Resume—Page 1**

The elements of wire fraud, a violation of 18 U.S.C. §1343, are as follows:

*First.*      The defendant knowingly devised or intended to devise a scheme to defraud as described in the Information;

*Second.*      That the scheme to defraud employed false material representations, pretenses, or promises;

*Third.*      That the defendant transmitted or caused to be transmitted by means of wire communications, in interstate commerce, any writing, sign, signal, picture, or sound for the purpose of executing the scheme;

*Fourth.*      That the defendant acted with specific intent to defraud.

## STIPULATED FACTS

1.      Nadina Diggs Platenburg, admits and agrees that beginning in or about November 2020, and continuing through on or about August 19, 2024, in the Dallas Division of the Northern District of Texas and elsewhere, she did knowingly and willfully combine, conspire, confederate, and agree with Individual A and Individual B to knowingly execute and attempt to execute a scheme and artifice to defraud Insurer 1 and Insurer 2, and to obtain money and property by means of materially false and fraudulent pretenses, representations, and promises, and, for the purpose of executing the scheme and artifice and attempting to do so, caused to be transmitted by means of wire communication in interstate and foreign commerce, writings, signs, signals, pictures, and sounds, in violation of 18 U.S.C. § 1343

2.      Platenburg admits and agrees that she and her coconspirators submitted multiple disability insurance claims and supporting documents to Insurer 1 and Insurer 2

Factual Resume—Page 2

that contained materially false information about Platenburg's work status, medical condition, and coverage by other disability insurance policies.

3.     Platenburg admits and agrees that she was not eligible to receive disability insurance payments from Insurer 1 or Insurer 2.

4.     Platenburg admits and agrees that, on or about March 21, 2020, in the Northern District of Texas, she submitted a "Long Term Disability Insurance Employee's Statement" form containing false and fraudulent information to Insurer 1 by electronic transmission.

5.     Platenburg admits that, on or about March 16, 2021, she submitted a "Statement of Insured" form containing false and fraudulent information to Insurer 2 by electronic transmission.

6.     Platenburg admits that, on or about April 22, 2021, Individual A placed an interstate telephone call to Insurer 2 posing as Platenburg's DHS supervisor. Platenburg further admits that Individual A did so at Platenburg's request and in furtherance of their conspiracy and to bring about one of its purposes.

7.     Platenburg admits and agrees that on or about April 30, 2021, Individual B sent an email to Insurer 2 posing as Platenburg's DHS supervisor, with text that had been supplied by Platenburg. Platenburg further admits that Individual B did so at Platenburg's request and in furtherance of their conspiracy and to bring about one of its purposes.

8.      Platenburg admits and agrees that, as a result of the conspiracy and the submission of fraudulent insurance claims, she received approximately $125,301.25 from Insurer 1, and approximately $228,900 from Insurer 2, to which she was not entitled.

9.      The defendant agrees that she committed all the essential elements of the offense.  This factual resume is not intended to be a complete accounting of all the facts and events related to the offense charged in this case.  The limited purpose of this statement of facts is to demonstrate that a factual basis exists to support the defendant's guilty plea to Count One of the Information.

AGREED TO AND STIPULATED on this 22nd day of April, 2026.

RYAN RAYBOULD
UNITED STATES ATTORNEY

_____
NADINA DIGGS PLATENBURG
Defendant

_____
DOUGLAS B. BRASHER
Assistant United States Attorney
Texas Bar No. 24077601
1100 Commerce Street, Third Floor
Dallas, Texas 75242-1699
Telephone: 214-659-8600
Facsimile: 214-659-8802
douglas.brasher@usdoj.gov

_____
NJERI LONDON
Attorney for Defendant

Factual Resume—Page 4